UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Mary L. Cooper
:
v. : Criminal No. 14-610(MLC)
:
DWAYNE HARPER, : 18 U.S.C. § 371
a/k/a "Buck"

RECEIVED
OCT 2 0 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

## Introduction

1.  At certain times relevant to this Information:

    a.  Defendant DWAYNE HARPER ("HARPER") resided in Newark, New Jersey.

    b.  S.S., a co-conspirator not named as a defendant herein, was a Corrections Officer with the Essex County Correctional Facility ("Essex County Jail") in Newark, New Jersey.

    c.  D.D., a co-conspirator not named as a defendant herein, resided in Newark, New Jersey.

    d.  Q.N., a co-conspirator not named as a defendant herein, was a federal pretrial detainee at the Essex County Jail. Q.N. had been charged by federal criminal complaint with the theft of a motor vehicle by force and the use of a firearm in furtherance of a crime of violence.

e. The Essex County Jail was a facility in New Jersey that held federal pretrial detainees by direction of or pursuant to a contract or agreement with the United States Attorney General.

### The Conspiracy

2. From in or about September 2013 through in or about May 2014, in Essex County, in the District of New Jersey, defendant

DWAYNE HARPER

did knowingly and intentionally conspire and agree with S.S., D.D., Q.N., and others to commit offenses against the United States, namely (a) providing prohibited objects to an inmate of a prison, including marijuana and cellular telephones, and (b) an inmate of a prison obtaining and possessing such prohibited objects, contrary to Title 18, United States Code, Sections 1791(a), (b)(3), and (d)(1)(B).

### Object of the Conspiracy

3. The object of the conspiracy was to smuggle contraband, including marijuana and cellular telephones, into the Essex County Jail.

### Manner and Means of the Conspiracy

4. It was part of the conspiracy that:

a. Defendant DWAYNE HARPER collected contraband, including marijuana and cellular telephones, to be smuggled into the Essex County Jail by S.S., in exchange for payment.

b. Defendant DWAYNE HARPER delivered the contraband,

including cellular telephones and marijuana, to D.D., for delivery to S.S.

      c.    S.S. received cash bribes from D.D. for S.S.'s assistance in smuggling contraband into the Essex County Jail.

      d.    S.S. smuggled the contraband into the Essex County Jail and delivered it to Q.N.

      e.    Q.N. sold the contraband to other inmates at the Essex County Jail and accepted payments from those inmates via Western Union money transfers.

      f.    D.D. collected the Western Union money transfers sent on behalf of inmates at the Essex County Jail who ordered contraband from Q.N.

## Overt Acts

5.    In furtherance of the conspiracy and in order to effect the object thereof, defendant DWAYNE HARPER and his co-conspirators committed and caused to be committed the following overt acts, among others, in the District of New Jersey and elsewhere:

      a.    On or about April 15, 2014, defendant DWAYNE HARPER was asked by Q.N. to obtain a cellular telephone and deliver it to D.D. for delivery to Q.N. inside the Essex County Jail.

      b.    On or about April 15, 2014, defendant DWAYNE HARPER obtained a cellular telephone and gave it to D.D.

      c.    On or about April 17, 2014, S.S. received the cellular

telephone and a cash bribe from D.D.

       d.   On or about April 18, 2014, S.S. delivered a package containing the cellular telephone to Q.N.

In violation of Title 18, United States Code, Section 371.

*Paul J. Fishman/rah*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 14-

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

DWAYNE HARPER,
a/k/a "Buck"

## INFORMATION FOR

18 U.S.C. § 371

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

RAHUL AGARWAL
ROBERT FRAZER
*ASSISTANT U.S. ATTORNEYS*
(973)297-4395
(973)645-2897

USA-48AD 8
(Ed. 1/97)